FILED & JUDGMENT ENTERED
Steven T. Salata

Aug 26 2015

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

In re:                              )
                                    )
**STEVEN GREGORY HANSEN,**          )    Chapter 7
                                    )    Case No. 15-10363
                Debtor.             )
_____)

## ORDER APPROVING REAFFIRMATION AGREEMENT

**THIS MATTER** is before the court upon the Debtor's reaffirmation agreement with FreedomRoad Financial ("FreedomRoad"). A review of the record reflects that the reaffirmation agreement between the Debtor and FreedomRoad was filed with this court on August 21, 2015. The reaffirmation agreement appears to impose an undue hardship. However, the Debtor filed a statement in support of the reaffirmation agreement indicating that he expects increased business income and decreased expenses in the future. Based on that representation and pursuant to 11 U.S.C. § 524(m)(1), the court finds that the reaffirmation agreement will not impose an undue hardship. Accordingly, the court **APPROVES** the reaffirmation agreement.

**SO ORDERED.**

This Order has been signed
electronically. The Judge's
signature and Court's seal
appear at the top of the Order.

United States Bankruptcy Court